Slip Op. 10 - 1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SAHA THAI STEEL PIPE (PUBLIC) COMPANY LTD., | : |
| Plaintiff, | : |
| v. | : Before: R. Kenton Musgrave, Senior Judge |
| UNITED STATES, | : Consol. Court No. 08-00380 |
| Defendant, | : |
| and | : |
| ALLIED TUBE AND CONDUIT CORP., and WHEATLAND TUBE COMPANY, | : |
| Defendant-Intervenors. | : |

**JUDGMENT**

The plaintiffs having filed challenges to certain findings of the defendant International Trade Administration, U.S. Department of Commerce ("ITA") *sub nom. Circular Welded Carbon Steel Pipes and Tubes From Thailand: Final Results of Antidumping Duty Administrative Review*, 73 Fed. Reg. 61019 (Oct. 15, 2008), and having consolidated those actions and interposed motions for judgment upon the record pursuant to USCIT Rule 56.2, resulting in remand of the matter to the ITA for further consideration; and the ITA having filed herein on December 14, 2009 its Final Results of Redetermination Pursuant to Remand, dated December 11, 2009, pursuant to Slip Op. 09-116 (Oct. 15, 2009); and the court having reviewed the Redetermination and finding it in accordance with the order of remand and not having received any comment thereon or opposition thereto from any party to this case by December 29, 2009; after due deliberation, it is therefore

**ORDERED, ADJUDGED and DECREED** that the ITA's Results of Redetermination Pursuant to Remand dated December 11, 2009 be, and they hereby are, sustained.

          /s/ R. Kenton Musgrave  
Dated: January 4, 2010      R. KENTON MUSGRAVE, Senior Judge  
    New York, New York

## NOTICE OF ENTRY AND SERVICE

  This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

  Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

  Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble<br>
Clerk of the Court

Date: _____    By: _____
                   Deputy Clerk